JAMES A. MURRAY, APPELLANT, v. H. S. CLARK ET AL., RESPONDENTS.

[Submitted June 16, 1897.   Decided June 21, 1897.]

(For syllabus see *Murray* v. *Conlon*, 19 Mont. 389.)

ACTION by James Murray against H. S. Clark and others. From a judgment in favor of defendants, plaintiff appeals. Reversed.

*Carroll & Leehey*, for Appellant.

PER CURIAM—It is agreed by counsel in this case, by stipulation on file, that the facts and questions involved in this appeal are precisely the same as in *Murray* v. *Conlon*, 19 Mont. 389, (decided by this court on April 26, 1897) 48 Pac. 743. Therefore, upon the authority of that case, the judgment and order in this case are reversed, and the cause remanded, with directions to the District Court to make the same orders and pursue the same instructions as were directed by this court in *Murray* v. *Conlon*.

*Reversed.*